UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO CELIS, Plaintiff, v. CREDIT ONE BANK, N.A., Defendant. | Case No.: 3:25-cv-1986-CAB-DEB<br>**ORDER GRANTING MOTION TO LIFT STAY**<br>**[Doc. No. 8]** |

Before the Court is Plaintiff Gustavo Celis' ("Plaintiff") motion to lift the stay in this case. [Doc. No. 8.] The Court previously granted the parties' joint motion to stay and arbitrate. [Doc. No. 6.] Defendant Credit One Bank, N.A. ("Defendant") failed to file an opposition to the motion to lift the stay by the August 18, 2026 deadline.[1]

Plaintiff states that Defendant failed to pay a required arbitrator compensation deposit to the American Arbitration Association ("AAA") by a June 8, 2026 deadline. [Doc. No. 8 at 4.] AAA asked Plaintiff how he wished to proceed and Plaintiff subsequently elected pursuant to California Code of Civil Procedure § 1281.98(b)(1) to

[1] Civil Local Rule 7.1(f)(3)(c) states that failure to oppose a motion "may constitute a consent to the granting of a motion or other request for ruling by the Court."

withdraw his claims from arbitration. [*Id.*] On July 9, 2026, AAA confirmed that the arbitration was administratively closed. [*Id.*]

The Ninth Circuit has held that "failure to pay required costs of arbitration [is] a material breach of [] obligations in connection with the arbitration." *Sink v. Aden Enters., Inc.*, 352 F.3d 1197, 1201 (9th Cir. 2003). Indeed, in *Tillman v. Tillman*, the Ninth Circuit found it was inappropriate to stay a case "where one party [ran] out of funds to pay for its share of the arbitration and the arbitrator thereupon terminate[d] the arbitration proceedings[.]" 825 F.3d 1069, 1071 (9th Cir. 2016). Given that Defendant similarly failed to pay a required deposit and the arbitrator thus closed the arbitration, the Court finds it appropriate to lift the stay. As such, and based on the fact that Defendant has failed to file an opposition, the Court **GRANTS** the motion.

It is **SO ORDERED**.

Dated: August 19, 2026

Hon. Cathy Ann Bencivengo
United States District Judge